```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARY VOORHEES,                              :    05 Civ. 0350 (SHS)
                                            :
                Plaintiff,                  :
                                            :    ORDER
        -against-                           :
                                            :
ELAINE LORD, ET AL.                         :
                                            :
                Defendant.                  :
------------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for defendants present and plaintiff appearing by phone,

IT IS HEREBY ORDERED THAT:

For the reasons set forth on the record, defendants' motion for summary judgment [50] is granted in part and denied in part. Specifically, the motion is granted as to defendants Lord, Perez, Eagen, and McElroy, and those defendants are dismissed from the action. Damage claims against the remaining defendants are dismissed as to their official capacities. In addition, plaintiff's claim for injunctive relief is dismissed as moot in light of the fact that the showers have been replaced.

Dated: New York, New York
       March 27, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1