USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARY VOORHEES,                                :       05 Civ. 350 (SHS)

                Plaintiff,        :

      -against-                           :       ORDER

ELAINE LORD, *ET AL.*,                        :

                Defendants.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Clerk of Court shall restore this action to the Court's active docket.

Dated: New York, New York
       April 1, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.