USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARY VOORHEES,                          :
                                        :
                Plaintiff,              :        PRO SE
                                        :
        -against-                       :   05 Civ. 0350 (SHS)(THK)
                                        :
GLEN S. GOORD, et al.                   :        ORDER
                                        :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

This prisoner civil rights action was referred to this Court for general pretrial supervision and settlement. The parties having participated in a telephonic conference in an effort to resolve what remains of this litigation, it is hereby ORDERED:

1. By May 14, 2008, Defendants' counsel will obtain from a representative at the Bedford Hills Correctional Facility (where Plaintiff is currently incarcerated), and submit to the Court, an affidavit specifically setting forth (a) steps that have been taken to ensure that the water temperature in the showers is in an appropriate range and will not be scalding, and (b) any tests that have been performed to confirm such temperatures.

2. Plaintiff has agreed that once the assurances required in Paragraph 1 are received, she is amenable to discontinuing this action with prejudice. If Plaintiff wishes to respond to the submission that the Court receives from DOCS officials, she shall do so within seven days of receipt of its submission, and in no event, after May 21, 2008.

COPIES MAILED
TO COUNSEL OF RECORD ON 4/30/08

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   April 30, 2008
         New York, New York


Copies mailed to:

Mary Voorhees
#00-G-0980
Bedford Hills Correctional Facility
247 Harris Road
P.O. Box 1000
Bedford Hills, New York 10507-2499

Julinda Dawkins, Esq.
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, New York 10271